United States District Court
Southern District of Texas
**ENTERED**
June 19, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| SANDRA A. FABELA, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 2:19-CV-387 |
| | § | |
| CORPUS CHRISTI INDEPENDENT | § | |
| SCHOOL DISTRICT, *et al*, | § | |
| | § | |
| Defendants. | § | |

## ORDER

Before the Court is "Plaintiff's Motion for Leave to Correct Grammatical, Typographical and Numbering on Second Amended Complaint" (D.E. 20). The motion is not opposed. After due consideration, the Court GRANTS the motion and directs the Clerk of Court to file Plaintiff's Second Amended Complaint (D.E. 20-1), along with its Exhibits (D.E. 20-2 through 20-30), as an independent document with exhibits on the docket of this case. The docketing information shall reflect that this is a clerical revision of D.E. 19.

ORDERED this 19th day of June, 2020.

_____
NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE