UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| SANDRA A. FABELA, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 2:19-CV-387 |
| | § | |
| CORPUS CHRISTI INDEPENDENT | § | |
| SCHOOL DISTRICT, *et al*, | § | |
| | § | |
| Defendants. | § | |

## **RECUSAL ORDER**

A discovery matter has been referred to the undersigned U.S. Magistrate Judge. I stand recused in this case.

ORDERED this 29th day of June, 2021.

_____
Jason B. Libby
United States Magistrate Judge

1 / 1